(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 15 CV 80598 BLOOM/VALLE

Roswitha A. Savoie
Vaill-Ross L. Savoie-Elson

**Plaintiff(s)**

FILED BY ___ D.C.
MAY 0 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

v. Bruce Reinhart, Gary McDonald/McDonald Hopkins a.k.a. Pinto Drive LLC; Francis Lloyd Elson; Ann McDonald; DeutschBank CEO Juegen Fitschen w/ Attorney! Dumas McPhail - Steven Goldberg - Vanness III; Blank/Rome; OCWEN etal CEO Ronald Ferris; "HAIRE DENISE"; HERALDO MANUEL; PBSO Sheriff R. Bradshaw; Clerk Sharon Bock

**Defendant(s)**

EMERGENCY motion To Also put STAY on ILLEGAL ACTS
**COMPLAINT**

WE, Roswitha A. Savoie and Vaill-Ross L. Savoie-Elson, plaintiffs in the above styled cause, sues defendant(s): All of the Above Stated

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: the U.S. Federal Rules and Codes on Constitutional Violations Abuses and Frauds to Personal Property, to Real Property, to Civil Rights, to Personal Injury, Social Security. Plaintiffs/mother + Son file without Probono Counsel presently appointed. And Do Not Know To cite the Federal Rules + Codes etc. Plaintiffs Seek to Motion for Counsel and I.F.P. Both plaintiffs live at: 9068 Pinto Drive for 17 years.
On or around Nov./Dec 10, 2014 thru Jan. 7, 2015; then Jan. 8 thru Feb. 24, 2015 thru March and April 21, 2015. Defendants conspired in secret (the McDonalds, Reinhart, Elson, Vanness III, Deutsche Bank) collaborations to carry out their pre-planned scheme to seize + possess 50% of the Savoie property and to put it into a LLC. Behind the Savoie's back. The LLC (individuals) harassed, threatened the lives of the Savoie's + pets, stalked, monitored (ADT/Devcon) verbally abused, + threatened to immediately enter on to property to cut trees

(Rev. 10/2002) Complaint

**(Relief request, i.e., State what you want the Court to do or award)**

~~Wherefore,~~ and our U.S. Fed Complaint + U.S. Appeals: So is the Sheriff and the 15th Circuit, on complaints. Bruce Reinhart is Retaliating on the 2 BAR Complaints, In two days time, April 17, 2015 her seal of approval with Bradshaws. command to carry out WRIT to be out in 2 days time, on Monday April 20, 2015. On April 21 in the early a.m., Bradshaw orders 8 under cover cops w/ locksmith to saw open fence + drill out dead-bolt. And at a gun pointed at mother + son. Both leave quietly, before being arrested or shot at. In their old 21 year old car, leaving behind everything and pet's, except the clothes they slept in. Both are living, eating and sleeping in the car since April 21, 2015 a.m. Bruce Reinhart/LLC immediately filed "Abandoned Property" to take hold + seize all personal belongings + items, and to put the Seizing + take over for Confidential Files! He/LLC took photo inventory to sell off all items immediatly. The LLC also is Responsible for the death sentence on our pets. Sharon Bock covered it all up, that the Plaintiffs go into deliberate Court Default, for the WRIT. On behalf of the McDonald + (LLC) Bruce Reinhart/ These sociopaths have the full + complete backings of Sheriff Bradshaw, and also the Banks et al. The Banks et al are in on the take-over scheme to get us out. To take possession also on all of our U.S. Court cases evidence against Them, (U.S. Federal cases) and evidence on the Bank et al on Committed Foreclosure Fraud + Modifications Fraud + Perjury, 2013-2015!!

Wherefore, we seek Relief to get our house + pets back + to put an immediate stay (Stop) on the LLC to sell items + home (now) immediatly. And monetary Compensations for physical + mental pain + suffering.

Signed this __8__ day of __MAY__, 20__15__.

Roswitha A. Savoie
Vaill-Ross L. Savoie-Elson
Printed or typed name of Filer

Prosé filing, probono Request
Florida Bar Number

561-439-0116
Phone Number

9068 Pinto Drive
Street Address

Lake Worth, FL 33467
City, State, Zip Code

Ronita Savoie
x Vaill-Ross Savoie-Elson
Signature of Filer

E-mail address

Facsimile Number

(Rev. 10/2002) Complaint

(Statement of Facts)

and to invade the plaintiffs home, and to take any + all personal belongings and to immediately begin to do home improvement.

DURING AND WHILE Both Mother + Son ARE Living in the HOME NOT KNOWING WHAT THE HELL IS GOING ON!!!

The Abuses ARE so bad, the threats very credible. That both mom + son have multiple physical collapses. Resulting in extreme injury. The son had to go to emergency. Both plaintiffs did call Sheriff 911, for protections and to keep the LLC/individuals away from targeting the school (12th grade) attending Registered homeschool son, (now 18yr.). Immediatly the illegal LLC files an illicit lawsuit on Recovering (Pain Level 50!) son and mom After the 911 call + Report on Feb. 24, 2015 in Retaliations.

A very speady case with Judge SASSER. Whereas both mom and son did immediatly Respond to the lawsuit by mailed Priority with full Motion to Dismiss the LLC, with factual Documents in the Exhibit pages. To Request also Hearing by phone. Due to the car breakdown + the son's back/spine pain Recovery. There is NO response, by the judge.

What in Reality went down at the clerks office at the 15th Circuit. The clerks illegally and unethically tampered 100% with the motion, etc. Wrote a blue ink casenumber on a wrong page, and gave it to the wronge judge, and took out Exhibits (evidence to dismiss, sent via mail to all parties) and then COMBINED SASSERS motions with another Completly DIFFERENT CASE and Motion! (with Ticketins seperate one!!)

The judge DID not get the proper court Documents. Both Plaintiffs communicated to the Clerk + Comptroller Office, the Supervisor directly + the Director of Clerks (twice). To fix this illegal Act immediately before it is too late! The clerk SHARON BOCK Does NOTHING AND NO ONE IN HER office RESPONDED to Rectify, in time to NOT GO INTO ANY DEFAULT! Both Plaintiffs Quickly Go into Default! Both Plaintiffs SAvoie's send to Sharon Bock a multi page complaint (Certified/serve) to everyone, including Chief Judge and judge! Ticktins, and others. Ticktin Got SASSERS motion!! Ms. S. Bock DID NOT like the FACTUAl Complaint TO HER. On How the Savoies/prose's are unfairly treated.

May. 8. 2015

To The U.S. Court, on our Complaint

Never in our life have we ever experienced such ruthlessness, such vileness, such corruptions and unethical tactics, amonge the judicial circuit and among federal attorneys. They who have taken a sworn oath to up-hold the U.S. States Law, to protect it's citizens from all violence + crimes committed, to protect the privacy + freedom of law abiding U.S. citizens. That would be us.

Instead, these sociopathic power-driven individuals, who are loaded with money and all too well connected among their peers and affiliated friends, in the professional areas of judges, banks, attorney and law enforcements.

Go after a mother and her son since Jan. 2007. To completly destroy them in all aspects of life, credit reports, credit limit jobs, banking, schooling, reputations, even to kill and to take their be-loved family pets.

These individuals "get off" on what they get away with. The Governor, Attorney General the F.D.L.E., and the D.O.H, and the State Attorneys office all know about the set-ups on me + my son. And their collaborated cover-ups to not be taken down EVER! The Sheriff is on it.

R. Sance and son Vaill Rose
living in their car with no hope + nothing

*EMERGENCY Motion to Also Put Stay on illegal Acts*

# CIVIL COVER SHEET

JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**: Roswitha A. Savoie Vaill-Ross L. Savoie-Elson

**DEFENDANTS**: Bruce Reinhart / G. McDonald a.k.a. "Pinto Drive LLC", McDonald Hopkins, Francis Elson, Deutsche Bank-Blank Rome, Vanness III, Steven Goldberg Dumas McPhail-Ocwen etal Ronald Ferris - J. Fitscher

(b) County of Residence of First Listed Plaintiff _____ (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **PBC** (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): **Pro se filing**

Attorneys (If Known): **Don't know**

(4) Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE / HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant — *Don't know?*
- ☐ 4 Diversity

**15 CV 80598 BLOOM / VALLE**

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
- Citizen of This State: ☒ PTF 1 / ☐ DEF 1 — Incorporated or Principal Place of Business In This State: ☒ PTF 4 / ☐ DEF 4
- Citizen of Another State: ☐ 2 / ☐ 2 — Incorporated and Principal Place of Business In Another State: ☐ 5 / ☐ 5
- Citizen or Subject of a Foreign Country: ☐ 3 / ☐ 3 — Foreign Nation: ☐ 6 / ☐ 6

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & **Ejectment**
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ **290 All Other Real Property**

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY:
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☒ **370 Other Fraud**
- ☒ **371 Truth in Lending**
- ☒ **380 Other Personal Property Damage**
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES:
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☒ **430 Banks and Banking**
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ **480 Consumer Credit**
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ **890 Other Statutory Actions**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S)**: (See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO  **# 14-10370-CC and**
JUDGE: *Retaliations on:*  DOCKET NUMBER **# 9:13 CV 80517**

**VII. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): **?**  **?**

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT**:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **$5,000,000.00**
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD: **Pro se Filing — Roswitha Savoie, Vaill-Ross Savoie-Elson**
DATE: **May 8, 2015**

FOR OFFICE USE ONLY
AMOUNT ____  RECEIPT # ____  IFP ____